In the Matter of the Application of JOSEPH K. SHERMAN, as Trustee in Bankruptcy of FREDERICK T. TOWNE. RICHARD H. SARVER, Appellant; JOSEPH K. SHERMAN et al., Respondents.

Argued May 17, 1938; decided May 31, 1938.

*John B. Doyle* for appellant.

*F. Carroll Taylor* for Frederick T. Towne, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN FINCH and RIPPEY JJ. Taking no part: CRANE, Ch. J.